**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| EASTMOOR ESTATES RESIDENTS ASSOCIATION, ET AL. | PLAINTIFF |
| vs. | CAUSE NO. 4:10CV144-P-S |
| GLENN MILLER, ET AL. | DEFENDANT |

## ORDER

THIS DAY, this cause came before the Court on the *ore tenus* Motion of the City of Moorhead for additional time to file a responsive pleading to the Amended Complaint filed by the Plaintiffs. The Court has been advised that the Plaintiffs have agreed to this extension of time for an additional twenty (20) days. The Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED** that the City of Moorhead shall have an additional twenty (20) days to file a responsive pleading to the Amended Complaint filed herein by the Plaintiffs.

This, the 20th day of July, 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE