IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EASTMOOR ESTATES RESIDENTS**
**ASSOCIATION, ET AL**

**VS.**                                            **CIVIL ACTION NO. 4:10CV144-WAP-JMV**

**GLENN MILLER, ET AL.**

## ORDER

A status conference has been set herein to take place in person in the chambers of the undersigned United States Magistrate Judge on August 30, 2011 at 10:30 a.m. The parties are hereby notified that this conference will be joined with a status conference set for the same date and time in the related case, *Southern Fire and Casualty Company v. Miller, et al.,* Cause No. 4:11cv00034-GHD-JMV. Counsel for the parties in both matters must be prepared to discuss the issues raised by the pleadings and scheduling of appropriate deadlines in their respective cases.

SO ORDERED this, the 29th day of July, 2011.

                                                                          /s/Jane M. Virden
                                                                          UNITED STATES MAGISTRATE JUDGE