# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

EASTMOOR ESTATES RESIDENTS
ASSOCIATION, ET AL     PLAINTIFFS

VS.     CIVIL ACTION NO. 4:10cv144-P-S

GLENN MILLER, et al     DEFENDANTS

## ORDER

This matter is before the court *sua sponte* following a settlement conference held on October 6, 2011 . As part of the case management order entered on August 30, 2011, the court stayed discovery until October 30, 2011, to allow the parties an opportunity to pursue settlement discussions. Following the settlement conference on October 6, 2011, the court is of the opinion that a thirty (30) day extension of this stay is necessary, with a new settlement conference is to be scheduled near the last week of November. If the case is not resolved at the re-scheduled settlement conference, pre-certification discovery shall begin immediately and shall conclude on January 30, 2012, after which time the Plaintiffs shall brief the issue of class certification within 14 days; the defendants shall respond within 14 days; and replies shall be made within an additional 7 day period. In light of this stay, the following deadlines will likewise be extended as follows:

> Plaintiffs' designation of experts deadline: February 29, 2012
> Defendants' designation of experts deadline: March 29, 2012;
> Discovery deadline: May 16, 2012; and
> Motions deadline other than motions *in limine*: June 1, 2012.

SO ORDERED, this the 12th day of October, 2011.

/s/**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**