**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EASTMOOR ESTATES RESIDENTS**                               **PLAINTIFFS**
**ASSOCIATION, ET AL.**

**vs.**                                 **CIVIL ACTION No. 4:10-cv-00144-NBB-JMV**

**GLENN MILLER, ET AL.**                                      **DEFENDANTS.**

## ORDER

Having considered the Plaintiffs' Motion to Stay Proceedings (Doc. 274) and finding that the motion is well-taken, it is hereby ORDERED that Plaintiffs' Motion to Stay Proceedings is granted, and that the proceedings shall be stayed for 30 days. A status conference will be set by separate notice so that the Case Management Order and scheduling deadlines may be revisited.

So Ordered this 15th day of February, 2012.

                                                       /s/ Jane M. Virden
                                                       U. S. Magistrate Judge