**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **EASTMOOR ESTATES RESIDENTS ASSOCIATION, ET AL.** | **PLAINTIFFS** |
| **vs.** | **CIVIL ACTION No. 4:10-cv-00144-NBB-JMV** |
| **GLENN MILLER, ET AL.** | **DEFENDANTS.** |

## ORDER

Having considered the Plaintiffs' Motion to Stay Proceedings (Doc. 274) and finding that the motion is well-taken, it is hereby ORDERED that Plaintiffs' Motion to Stay Proceedings is granted, and that the proceedings shall be stayed for 30 days. A status conference will be set by separate notice so that the Case Management Order and scheduling deadlines may be revisited.

So Ordered this 15th day of February, 2012.

/s/ Jane M. Virden
U. S. Magistrate Judge