**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EASTMOOR ESTATES RESIDENTS**             **PLAINTIFFS**
**ASSOCIATION, ET AL.**

**vs.**             **CAUSE NO. 4:10CV144-NBB-JMV**

**GLENN MILLER, ET AL.**             **DEFENDANTS**

## ORDER

Having conducted a telephonic status conference in this case today,

IT IS HEREBY ORDERED that the stay is LIFTED and that the following amendments to the Scheduling Order now control:

*Class Certification Issues*

1. The class certification discovery deadline is extended to 6/1/12;

2. The class certification motion shall be filed by 6/15/12; and

3. The response to the class certification motion is due within 14 days of the filing of that motion, and any reply is due within 7 days of the filing of the response.

*Merits Issues*

1. Plaintiffs' experts shall be designated by 5/29/12;

2. Defendants' experts shall be designated by 6/29/12;

3. Discovery, heretofore having been conducted simultaneously with class certification discovery, shall be completed by 8/16/12; and

4. Dispositive motions shall be filed by 9/1/12.

SO ORDERED this 14th day of March, 2012.

                                              /s/ Jane M. Virden
                                              U. S. MAGISTRATE JUDGE