**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EASTMOOR ESTATES RESIDENTS**          **PLAINTIFFS**
**ASSOCIATION, ET AL.**

**vs.**          **CAUSE NO. 4:10CV144-NBB-JMV**

**GLENN MILLER, ET AL.**          **DEFENDANTS**

## ORDER

By Text Order signed on June 26, 2012, this case was stayed for seven days, or until July 3. The stay now having expired, the parties are returned to the status quo as of the day of entry of the stay, i.e., all deadlines–that had not expired as of June 26, 2012–have been extended by seven days from their due date. The parties, however, should not include July 4, the intermediate holiday, in any calculation.[1]

SO ORDERED this 6th day of July, 2012.

         /s/ Jane M. Virden
         U. S. MAGISTRATE JUDGE

---

[1] This will effectively extend all unsatisfied deadlines by eight days from their due date.