IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EASTMOOR ESTATES RESIDENTS**
**ASSOCIATION, ET AL.**

**VS.** **CIVIL ACTION NO. 4:10CV144-NBB-JMV**

**GLENN MILLER, ET AL.**

*CONSOLIDATED WITH*

**SOUTHERN FIRE AND CASUALTY COMPANY**

**VS.** **CIVIL ACTION NO. 4:11CV34-GHD-JMV**

**GLENN MILLER, ET AL.**

## ORDER STAYING CASES FOR SETTLEMENT PURPOSES

The court conducted a telephonic status conference this day at the request of counsel for the parties. Counsel for all parties having represented to the court that a conditional settlement of these cases has been reached and a stay of these proceedings is necessary to avoid undue litigation expense while the parties undertake to accomplish class certification for settlement purposes and district court approval of settlement, it is,

**THEREFORE, ORDERED:**

1. That these consolidated cases are **STAYED** until further order of the court.

2. That within 14 days of this date, the parties shall submit to the undersigned a joint, proposed scheduling order which outlines deadlines for all pertinent steps required to accomplish class certification for settlement purposes and district court approval of settlement in compliance with all applicable laws.

3. The parties have advised the court that the above described process should take approximately 4 months to complete. Accordingly, the parties' proposed scheduling order shall contain deadlines consistent with said estimation.

SO ORDERED this 7th day of August, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE